**Local Bankruptcy Form 4001-1.3**
**Order on Motion for Relief from Stay**

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO (DENVER)**

| | |
|---|---|
| In re:<br><br>Alexus Manivon Senethong and<br>Kennee Cheun Choub,<br><br>Debtors. | Bankruptcy Case No. 20-10351-MER<br><br>Chapter 13 |

**ORDER ON MOTION FOR RELIEF FROM STAY**

U.S. Bank N.A., as Trustee of the Bungalow Series IV Trust, its successors and/or assigns, ("**Movant**") has filed herein a motion for relief from stay and the parties reached a Stipulation.

(1) ☒ to foreclose on and/or take possession and control of property described as follows: <u>Real Property located at 25352 East Indore Drive, Aurora, CO 80016</u>

(2) ☐ to proceed with the liquidation of claims involving the debtor or the debtor's estate pursuant to certain proceedings presently pending in:
_____
**[description]**.

(3) ☐ other:
_____
**[description]**.

The Court, being duly advised, and any objections having been resolved, withdrawn, or overruled, and pursuant to the parties' Stipulation, hereby orders that the relief sought by the motion should be granted, and Movant is hereby granted relief from stay in order to proceed to take possession of, by way of the appointment of a receiver and otherwise, and to foreclose on the collateral above described, or if applicable, to proceed with the above described litigation (but not to seek to enforce any judgment Movant may obtain against the debtors personally or the debtors' post-petition property.) If applicable, the chapter 13 trustee will make no more distributions on Movant's secured claim.

DATED January 6, 2023

BY THE COURT:

_____
United States Bankruptcy Judge